IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN J. WILSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) Pretrial Services is instructed to have the defendant screened at a PTS-contracted facility and placed on the list for residential treatment.

2) When a bed becomes available, PTS will inform the Court and Counsel, and a hearing will be to determine whether the defendant should be released and, if so, the conditions of his release.

DATED this 21st day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge